FILED

08/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0277

# IN THE SUPREME COURT OF THE STATE OF MONTANA

TONNA O'NEILL,                    )   Cause No.:  DA 23-0277
                                  )
                Appellant,        )
                                  )
        vs.                       )   **ORDER TO DISMISS**
                                  )
MALLORY NOVACK, D.O., AND GLENN   )
MCLAUGHLIN, M.D.                  )
                                  )
                Appellee(s).      )
                                  )
_____

Upon consideration of Appellant's and Appellees' Stipulation to Dismiss Appeal with Prejudice and good cause appearing.

IT IS HEREBY ORDERED that Appellant's appeal in the above motion is DISMISSED with prejudice.

_____
HONORABLE JUDGE

CC:  Steve Harman Law PLLC
     2611 Minnesota Ave
     Billings, MT 59101
     steve@steveharmanlaw.com

     Elijah Inabnit
     Garlington, Lohn & Robinson, PLLP
     P.O. Box 7909
     Missoula, MT  59807
     elinabnit@GARLINGTON.COM

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2023